Lemaire, Inc., for the use of Charles V. Falkenberg, appellant, v. Robert P. Gust, appellee. Gen. No. 38,456.

Opinion filed December 31, 1935.

A. A. Pantelis, for appellant; Charles V. Falkenberg, of counsel. No appearance for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Chicago Title and Trust Company, appellee, v. Joseph A. Geilen et al., defendants. Central Republic Trust Company et al., intervening petitioners, on appeal of William L. O'Connell, appellant. Gen. No. 38,530.

Opinion filed December 31, 1935.

Concannon & Dillon, for appellant. Shulman, Shulman & Abrams and A. Edmund Peterson, for appellee; Meyer Abrams, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Sarah Minton, appellee, v. Irene Thompson Smith and Margaret Hamann, trading as The Minton Hat Co. and Novelties, appellants. Gen. No. 38,308.

Opinion filed December 31, 1935. Rehearing denied January 14, 1936.

Peabody, Westbrook, Watson & Stephenson and Joseph McCormack, for appellants. Edwy Logan Reeves and Charles Francis Baker, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Baker Walsh and Company v. Illinois National Casualty Company et al.

T. H. Reiter, appellant, v. Illinois National Casualty Company et al., appellees. Gen. No. 38,337.

Opinion filed December 31, 1935.

John A. Brown, for appellant. Otto Kerner, David J. Kadyk, William C. Clausen, A. M. Fitzgerald and William P. Roberts, for certain appellees.

Mr. Justice Matchett delivered the opinion of the court.